1:25-cr-00617
Magistrate Judge Daniel P. McLaughlin
Random/Cat. 4

B.I



FILED
9/30/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Violation: Title 18, United States Code, Section 111(a)(1) |
|---|---|
| v. | |
| OSCAR JESUS ROSALES VERGARA | |

The UNITED STATES ATTORNEY charges:

On September 30, 2025, at Hazel Crest, in the Northern District of Illinois, Eastern Division,

OSCAR JESUS ROSALES VERGARA,

defendant herein, forcibly assaulted an Officer of the United States Government (as defined in Title 18, United States Code, Section 1114), namely, a Deputy United States Marshal, while engaged in the performance of his official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

JASON YONAN
Digitally signed by JASON YONAN
Date: 2025.09.30 15:31:41 -05'00'

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY